NOT FOR PUBLICATION

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-13227

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DARRELL DEMARCUS GOLDEN,
   a.k.a. Darrell Golding,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:24-cr-00066-JRH-CLR-1

————————————

Before JILL PRYOR, BRANCH, and GRANT, Circuit Judges.

PER CURIAM:

Lindy Moody, appointed counsel for Darrell Demarcus Golden in this direct criminal appeal, has moved to withdraw from

2                        Opinion of the Court                        25-13227

further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Golden's conviction and sentence are **AFFIRMED.**